UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI STRAUSS & CO., | Case No.  25-cv-09175-RFL |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS OR STRIKE** |
| RAILS INTERNATIONAL, LLC, | Re: Dkt. No. 22 |
| Defendant. | |

Rails' motion to dismiss or strike is **DENIED**.  Counts VI-VIII for declaratory relief are not redundant or duplicative of Counts I and III because Counts VI-VIII concern Rails' application to use a pocket stitching design that allegedly infringes Levi's Arcuate mark, while Counts I and III concern Rails' alleged infringement of Levi's Tab mark.  (*See* Complaint ¶¶ 2, 37, 40, 48-50, 65, 69, 73-75, 79-81.)  Moreover, contrary to Rails' argument, Count VIII, which seeks the rejection of Rails' trademark application, does not seek relief "without a proper procedural and remedial framework."  (*See* Dkt. No. 22 at 5.)  The relief sought falls squarely within the framework of 15 U.S.C. Section 1119.  *See BBK Tobacco & Foods LLP v. Cent. Coast Agric., Inc.*, 97 F.4th 668, 670-71 (9th Cir. 2024).  Rails also contends that Count VIII is redundant due to the overlap in the legal and factual issues concerning its application, on the one hand, and Levi's infringement and dilution claims, on the other.  But the Ninth Circuit has encouraged district courts to hear those claims together precisely because of such overlap, as it "advances the interest of resolving all registration disputes in a single action."  *See id.* at 671.

**IT IS SO ORDERED.**

Dated: March 31, 2026

RITA F. LIN
United States District Judge

1